1  Sara B. Brody (Bar No. 130222)
   sbrody@sidley.com
2  Alison F. Dame-Boyle (Bar No. 322342)
   adameboyle@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California 94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Matthew J. Dolan (Bar No. 291150)
   mdolan@sidley.com
7  SIDLEY AUSTIN LLP
   1001 Page Mill Road, Building 1
8  Palo Alto, CA 94304
   Telephone: (650) 565-7000
9  Facsimile: (650) 565-7100

10 *Attorneys for Defendants*
   *Nektar Therapeutics, Howard W. Robin, and*
11 *Gil M. Labrucherie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MULQUIN, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>    Defendants. | Case No. 4:18-cv-06607-HSG<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND ORDER REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND INITIAL CASE MANAGEMENT SCHEDULE** |

Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie (collectively, "Defendants"), and plaintiff John Mulquin, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on October 30, 2018, Plaintiff filed a putative class action complaint (the "Complaint") against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5 promulgated thereunder;

WHEREAS, on October 31, 2018, the Court issued an Order setting the deadline for the filing of a Rule 26(f) Report and Case Management Statement as January 29, 2019 and scheduling the Initial Case Management Conference for February 5, 2019;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which, *inter alia*, requires the Court to appoint a lead plaintiff who will oversee the litigation and to approve the lead plaintiff's selection of lead counsel;

WHEREAS, the last day for motions for appointment of lead plaintiff to be filed was December 31, 2018;

WHEREAS, any motions for appointment of lead plaintiff are not expected to be heard until March 28, 2019, which is after the current due date for Defendants' response to the Complaint (January 7, 2019), after the current deadline for filing a Case Management Statement and Rule 26(f) Report (January 29, 2019), and after the current date of the Initial Case Management Conference (February 5, 2019);

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will file a consolidated or amended complaint that will supersede the existing Complaint and any later-filed complaint(s); and

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties prior to the appointment of a lead plaintiff and the filing of the anticipated amended complaint, the parties have agreed, subject to the Court's approval, to an extension of time for Defendants to respond to the current Complaint and to the continuance of the Initial Case

1

Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the Court order as follows:

1. Defendants shall not be required to respond to the Complaint until after the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and after the filing by such lead plaintiff of a consolidated or amended complaint or the designation of an operative complaint. Pursuant to Local Rule 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2. Within fourteen (14) days following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of a consolidated or amended complaint and the filing of Defendants' response thereto.

3. The Initial Case Management Conference and the deadlines for submission of an ADR Certification and a Case Management Statement and Rule 26(f) Report are continued until such time following the filing of Defendants' response to the consolidated or amended complaint designated by the court-appointed lead plaintiff, on dates to be selected by the Court.

**IT IS SO STIPULATED.**

Dated: January 2, 2019                      **SIDLEY AUSTIN LLP**

By: /s/ Sara B. Brody
Sara B. Brody

*Attorneys for Defendants*
*Nektar Therapeutics, Howard W. Robin, and*
*Gil M. Labrucherie*

Dated: January 2, 2019                      **POMERANTZ LLP**

By: /s/ Jennifer Pafiti
Jennifer Pafiti

**HOLZER & HOLZER, LLC**

*Attorneys for Plaintiff John Mulquin*

**LOCAL RULE 5-1 ATTESTATION**

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document, Jennifer Pafiti, concurred in the filing of this document.

Dated: January 2, 2019        By: /s/ Sara B. Brody
                                  Sara B. Brody

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2019

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge