Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MULQUIN,

                    Plaintiff(s),

    v.

NEKTAR THERAPEUTICS, et al.,

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 4:18-cv-06607

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, Robin E. Wechkin , an active member in good standing of the bar of Washington , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Nektar, H. Robin & G. Labrucherie in the above-entitled action. My local co-counsel in this case is Sara B. Brody , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| SIDLEY AUSTIN LLP, 701 Fifth Ave., Ste. 4200, Seattle, WA 98104 | SIDLEY AUSTIN LLP, 555 California St., Ste 2000, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (206) 262-7680 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 772-1279 |
| MY EMAIL ADDRESS OF RECORD: rwechkin@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: sbrody@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24746 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 01/02/19

                                Robin E. Wechkin
                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robin E. Wechkin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/3/2019

                                Haywood S. Gill Jr.
                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 24746 |
| OF | ) | **CERTIFICATE** |
| ROBIN E. WECHKIN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ROBIN E. WECHKIN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and

all the Courts of the State of Washington on June 8, 1995, and is now and has continuously since

that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 12th day of
December, 2018.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court