JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

Thomas A. Dubbs (*PHV* forthcoming)
Michael P. Canty (*PHV* forthcoming)
Christopher J. McDonald (*PHV* forthcoming)
Marisa N. DeMato (*PHV* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOHN MULQUIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>Defendants. | Case No. 4:18-cv-06607-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR PROPOSED BRIEFING SCHEDULE; ORDER GRANTING STIPULATION**<br><br>Hon. Haywood S. Gilliam, Jr. |

**JOINT STIPULATION FOR PROPOSED BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, and El Paso Firemen & Policemen's Pension Fund; and Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie (collectively with Lead Plaintiffs, the "Jointly Moving Parties") respectfully ask the Court to grant this Joint Stipulation for Proposed Briefing Schedule. In support of this Stipulation, the Jointly Moving Parties state as follows:

1. On January 3, 2019, the Court granted the parties' Stipulation Regarding Defendants' Time to Respond to The Complaint and Initial Case Management Schedule pending the appointment of a lead plaintiff. (ECF No. 29).

2. On March 13, 2019, Oklahoma Firefighters Pension and Retirement System, and El Paso Firemen & Policemen's Pension Fund were named Lead Plaintiffs in the above-captioned matter and the Court approved Lead Plaintiffs' selection of Labaton Sucharow LLP and Wagstaffe, von Loewenfeldt, Busch & Radwick, LLP as counsel. (ECF No. 38).

3. The Jointly Moving Parties propose the following briefing schedule:

    a. Lead Plaintiffs shall file an Amended Complaint no later than May 9, 2019;

    b. All Defendants shall move to dismiss or otherwise respond to the Amended Complaint in this action no later than June 27, 2019;

    c. Plaintiffs shall have until August 8, 2019, to serve papers in opposition to any motion(s) filed by Defendants; and

    d. The Defendants shall have until September 9, 2019, to serve any reply papers in further support of their motion(s).

4. The Jointly Moving Parties will submit a Proposed Order in Word format by electronic mail to the Court.

//

//

//

//

//

IT IS SO STIPULATED

DATED: March 28, 2019     **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ James M. Wagstaffe
JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

DATED: March 28, 2019     **LABATON SUCHAROW LLP**

By: /s/ Thomas A. Dubbs
THOMAS A. DUBBS (*PHV* forthcoming)
MICHAEL P. CANTY (*PHV* forthcoming)
CHRISTOPHER J. MCDONALD (*PHV* forthcoming)
MARISA N. DEMATO (*PHV* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

DATED: March 28, 2019     **SIDLEY AUSTIN LLP**

By: /s/ Robin Eve Wechkin
SARA B. BRODY (130222)
ALISON F. DAME-BOYLE (322342)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
adameboyle@sidley.com

| | |
|---|---|
| 4 | MATTHEW J. DOLAN (291150) |
| 5 | 1001 Page Mill Road, Building 1 |
| | Palo Alto, California 94304 |
| 6 | Telephone: (650) 565-7000 |
| | Facsimile: (650) 565-7100 |
| 7 | mdolan@sidley.com |
| 8 | ROBIN EVE WECHKIN (*PHV*) |
| | 701 Fifth Avenue, 42nd Floor |
| 9 | Seattle, Washington 98104 |
| 10 | Telephone: (206) 262-7680 |
| | rwechkin@sidley.com |
| 11 | |
| 12 | *Attorneys for Defendants Nektar Therapeutics,* |
| | *Howard W. Robin, and Gil M. Labrucherie* |

- 3 -
JOINT STIPULATION FOR PROPOSED BRIEFING SCHEDULE

**ATTESTATION**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this Joint Stipulation for Proposed Briefing Schedule. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Thomas A. Dubbs, Michael P. Canty, Christopher J. McDonald, Marisa N. DeMato, Sara B. Brody, Alison F. Dame-Boyle, Matthew J. Dolan, and Robin Eve Wechkin have concurred in this filing.

/s/
James M. Wagstaffe

**ORDER**

By joint stipulation on March 27, 2019, the Parties submitted a proposed briefing schedule to allow the Parties adequate preparation following the filing of an Amended Complaint.

NOW THEREFORE, the Court grants the Joint Stipulation and orders as follows:

1. Lead Plaintiffs shall file an Amended Complaint no later than May 9, 2019;
2. All Defendants shall move to dismiss or otherwise respond to the Amended Complaint in this action no later than June 27, 2019;
3. Plaintiffs shall have until August 8, 2019, to serve papers in opposition to any motion(s) filed by Defendants; and
4. The Defendants shall have until September 9, 2019, to serve any reply papers in further support of their motion(s).

IT IS SO ORDERED.

DATED: March 28, 2019

*Haywood S. Gilliam Jr.*
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE