JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

THOMAS A. DUBBS (*PHV*)
MICHAEL P. CANTY (*PHV*)
CHRISTOPHER J. MCDONALD (*PHV*)
MARISA N. DEMATO (*PHV*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOHN MULQUIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>Defendants. | Case No. 4:18-cv-06607-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR CHANGE OF CAPTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

**JOINT STIPULATION FOR CHANGE OF CAPTION**

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, and El Paso Firemen & Policemen's Pension Fund; and Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie (collectively with Lead Plaintiffs, the "Jointly Moving Parties") respectfully ask the Court to grant this Joint Stipulation for Change of Caption. In support of this Stipulation, the Jointly Moving Parties state as follows:

1. On March 13, 2019, Oklahoma Firefighters Pension and Retirement System, and El Paso Firemen & Policemen's Pension Fund were named Lead Plaintiffs in the above-captioned matter and the Court approved Lead Plaintiffs' selection of Labaton Sucharow LLP and Wagstaffe, von Loewenfeldt, Busch & Radwick, LLP as counsel. (ECF No. 38).

2. The Jointly Moving Parties now, in accordance, propose that every pleading filed in this action shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | Case No. 4:18-cv-06607-HSG <br><br> **CLASS ACTION** <br><br> Hon. Haywood S. Gilliam, Jr. |

- 1 -
JOINT STIPULATION FOR CHANGE OF CAPTION

IT IS SO STIPULATED

DATED: May 9, 2019    **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ Frank Busch
JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

DATED: May 9, 2019    **LABATON SUCHAROW LLP**

By: /s/ Michael P. Canty
THOMAS A. DUBBS (*PHV*)
MICHAEL P. CANTY (*PHV*)
CHRISTOPHER J. MCDONALD (*PHV*)
MARISA N. DEMATO (*PHV*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

DATED: May 9, 2019    **SIDLEY AUSTIN LLP**

By: /s/ Robin Eve Wechkin
SARA B. BRODY (130222)
ALISON F. DAME-BOYLE (322342)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
adameboyle@sidley.com

Matthew J. Dolan (291150)
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
mdolan@sidley.com

Robin Eve Wechkin (*PHV*)
701 Fifth Avenue, 42nd Floor
Seattle, Washington 98104
Telephone: (206) 262-7680
rwechkin@sidley.com

*Attorneys for Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie*

**ATTESTATION**

I, Frank Busch, am the ECF User whose ID and password are being used to file this Joint Stipulation for Change of Caption. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Thomas A. Dubbs, Michael P. Canty, Christopher J. McDonald, Marisa N. DeMato, Sara B. Brody, Alison F. Dame-Boyle, Matthew J. Dolan, and Robin Eve Wechkin have concurred in this filing.

/s/
Frank Busch

**ORDER**

By joint stipulation on May 7, 2019, the Parties submitted a proposed change of caption. NOW THEREFORE, the Court grants the Joint Stipulation. This case will now be captioned: *In re Nektar Therapeutics Securities Litigation*. The Clerk is directed to edit the docket accordingly.

IT IS SO ORDERED.

DATED: May 9, 2019

*[signature: Haywood S. Gilliam Jr.]*
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE