JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

THOMAS A. DUBBS (*PHV*)
MICHAEL P. CANTY (*PHV*)
CHRISTOPHER J. MCDONALD (*PHV*)
MARISA N. DEMATO (*PHV*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOHN MULQUIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>Defendants. | Case No. 4:18-cv-06607-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST AND ORDER FOR CHANGE OF BRIEFING SCHEDULE**<br><br>Hon. Haywood S. Gilliam, Jr. |

# STIPULATED REQUEST AND [PROPOSED] ORDER FOR CHANGE OF BRIEFING SCHEDULE

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, and El Paso Firemen & Policemen's Pension Fund; and Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie (collectively with Lead Plaintiffs, the "Jointly Moving Parties") respectfully ask the Court to grant this Joint Stipulation for Change of Briefing Schedule. In support of this Stipulation, the Jointly Moving Parties state as follows:

WHEREAS, on March 28, 2019, this Court granted a stipulation by the Jointly Moving Parties for a proposed briefing schedule. (ECF No. 40); and

WHEREAS, it is in the interest of and for the convenience of Plaintiffs and their counsel and with the consent of Defendants;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, and respectfully requested by the Jointly Moving Parties that the Court amend the operative schedule and adopt the following proposed briefing schedule:

1. Lead Plaintiffs shall file an Amended Complaint no later than May 15, 2019;
2. All Defendants shall move to dismiss or otherwise respond to the Amended Complaint in this action no later than July 3, 2019;
3. Plaintiffs shall have until August 8, 2019, to serve papers in opposition to any motion(s) filed by Defendants; and
4. The Defendants shall have until September 9, 2019, to serve any reply papers in further support of their motion(s).

The Jointly Moving Parties will submit a Proposed Order in Word format by electronic mail to the Court.

IT IS SO STIPULATED

Dated: May 9, 2019	**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ Frank Busch
James Wagstaffe (95535)
Frank Busch (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

Dated: May 9, 2019	**LABATON SUCHAROW LLP**

By: /s/ Michael P. Canty
Thomas A. Dubbs (*PHV*)
Michael P. Canty (*PHV*)
Christopher J. McDonald (*PHV*)
Marisa N. DeMato (*PHV*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
tdubbs@labaton.com
mcanty@labaton.com
cmcdonald@labaton.com
mdemato@labaton.com

*Attorneys for Lead Plaintiffs*

Dated: May 9, 2019	**SIDLEY AUSTIN LLP**

By: /s/ Robin Eve Wechkin
Sara B. Brody (130222)
Alison F. Dame-Boyle (322342)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
adameboyle@sidley.com

MATTHEW J. DOLAN (291150)
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
mdolan@sidley.com

ROBIN EVE WECHKIN (*PHV*)
701 Fifth Avenue, 42nd Floor
Seattle, Washington 98104
Telephone: (206) 262-7680
rwechkin@sidley.com

*Attorneys for Defendants Nektar Therapeutics, Howard W. Robin, and Gil M. Labrucherie*

## ATTESTATION

I, Frank Busch, am the ECF User whose ID and password are being used to file this Joint Stipulation for Change of Briefing Schedule. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Thomas A. Dubbs, Michael P. Canty, Christopher J. McDonald, Marisa N. DeMato, Sara B. Brody, Alison F. Dame-Boyle, Matthew J. Dolan, and Robin Eve Wechkin have concurred in this filing.

/s/
Frank Busch

## ORDER

By Joint Stipulation on May 8, 2019, the Parties submitted a proposed change of briefing schedule.

NOW THEREFORE, the Court grants the Joint Stipulation and orders as follows:

1. Lead Plaintiffs shall file an Amended Complaint no later than May 15, 2019;

2. All Defendants shall move to dismiss or otherwise respond to the Amended Complaint in this action no later than July 3, 2019;

3. Plaintiffs shall have until August 8, 2019, to serve papers in opposition to any motion(s) filed by Defendants; and

4. The Defendants shall have until September 9, 2019, to serve any reply papers in further support of their motion(s).

IT IS SO ORDERED.

DATED: May 9, 2019

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE