Sara B. Brody (Bar No. 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200

Matthew J. Dolan (Bar No. 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104
Telephone: (206) 262-7680

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | Case No. 4:18-cv-06607-HSG <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER FOR CHANGE OF BRIEFING SCHEDULE** |

Plaintiffs and Defendants stipulate to the following.  Plaintiffs are Oklahoma Firefighters Pension and Retirement System and El Paso Firemen and Policemen's Pension Fund.  Defendants are Nektar Therapeutics, Howard W. Robin, John Nicholson, Stephen K. Doberstein, Mary Tagliaferri, Jonathan Zalevsky and Ivan P. Gergel.

WHEREAS:

1. On May 9, 2019, this Court entered a stipulated order setting a schedule for the filing of Plaintiffs' Consolidated Amended Complaint and the briefing of a responsive motion or motions to dismiss.  (ECF No. 52)

2. Under that schedule, the complaint was due May 15, 2019, the motion to dismiss was due July 3, 2019, the opposition was due August 8, 2019, and the reply was due September 9, 2019.

3. Plaintiffs timely filed their Consolidated Amended Complaint on May 15, 2019.  In that complaint, Plaintiffs named five new defendants (Nicholson, Doberstein, Tagliaferri, Zalevsky and Gergel) as well as two of the original defendants (Nektar and Robin).

4. Plaintiffs sent service waivers to the five new defendants on June 3, 2019, and the new defendants executed the waivers.  Pursuant to the waivers, the new defendants' response to the Consolidated Amendment Complaint is due August 2, 2019.

5. Plaintiffs' claims against the five new defendants overlap substantially with Plaintiffs' claims against the two original defendants.

6. The Court's and the parties' interests in economy will be best served if the new defendants and the original defendants brief their motions to dismiss on the same schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested by the parties that the Court amend the operative schedule and adopt the following proposed briefing schedule:

1. All Defendants – both the five new defendants and the two original defendants – shall move to dismiss the Consolidated Amended Complaint by August 2, 2019.

2. Plaintiffs shall file papers in opposition to Defendants' motion(s) by September 13, 2019.

3. Defendants shall file reply papers in support of their motion(s) by October 15, 2019.

1

STIPULATED REQUEST AND [PROPOSED] ORDER FOR CHANGE OF BRIEFING SCHEDULE
CASE NO. 4:18-CV-06607-HSG

**IT IS SO STIPULATED.**

Dated June 10, 2019            **SIDLEY AUSTIN LLP**

By: /s/ Sara B. Brody
SARA B. BRODY (130222)
sbrody@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200

MATTHEW J. DOLAN (291150)
mdolan@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000

ROBIN EVE WECHKIN (PHV)
rwechkin@sidley.com
701 Fifth Avenue, 42nd Floor
Seattle, Washington 98104
Telephone: (206) 262-7680

*Attorneys for Defendants*


Dated: June 10, 2019           **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ Frank Busch
JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

| | |
|---|---|
| Dated: June 10, 2019 | **LABATON SUCHAROW LLP** |
| | By: <u>/s/ Michael P. Canty</u><br>THOMAS A. DUBBS (*PHV*)<br>MICHAEL P. CANTY (*PHV*)<br>CHRISTOPHER J. MCDONALD (*PHV*)<br>MARISA N. DEMATO (*PHV*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>tdubbs@labaton.com<br>mcanty@labaton.com<br>cmcdonald@labaton.com<br>mdemato@labaton.com<br><br>*Attorneys for Plaintiffs* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except a hearing on the motion to dismiss will be held on October 17, 2019 at 2:00 p.m.

Dated: 6/12/2019

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

**LOCAL RULE 5-1 ATTESTATION**

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories to this document concurred in the filing of this document.

Dated: June 10, 2019                    By: /s/ Sara B. Brody
                                             Sara B. Brody