1  Sara B. Brody (Bar No. 130222)
   sbrody@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, California 94104
   Telephone: (415) 772-1200
4
   Matthew J. Dolan (Bar No. 291150)
5  mdolan@sidley.com
   SIDLEY AUSTIN LLP
6  1001 Page Mill Road, Building 1
   Palo Alto, CA 94304
7  Telephone: (650) 565-7000

8  Robin Wechkin (admitted *pro hac vice*)
   rwechkin@sidley.com
9  SIDLEY AUSTIN LLP
   701 Fifth Avenue, Suite 4200
10 Seattle, Washington 98104
   Telephone: (206) 262-7680
11

12 *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | Case No. 4:18-cv-06607-HSG <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND ORDER EXTENDING THE PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS LEAD PLANTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Oklahoma Firefighters Pension and |
| 2 | Retirement System and El Paso Firemen and Policemen's Pension Fund and Defendants Nektar |
| 3 | Therapeutics, Howard W. Robin, John Nicholson, Stephen K. Doberstein, Mary Tagliaferri, |
| 4 | Jonathan Zalevsky and Ivan P. Gergel, by and through their respective undersigned counsel of |
| 5 | record, submit the following stipulation and proposed order: |
| 6 | WHEREAS, on May 15, 2019, Lead Plaintiffs filed their Consolidated Class Action |
| 7 | Complaint for Violations of the Federal Securities Laws (ECF No. 54) ("Complaint") against |
| 8 | Defendants; |
| 9 | WHEREAS, pursuant to the parties' stipulation extending Defendants' deadline to respond to |
| 10 | the Complaint, Defendants' motion to dismiss is due by August 2, 2019; |
| 11 | WHEREAS, because of the length and nature of the Complaint—which spans 74 pages and |
| 12 | 203 paragraphs, concerns dozens of challenged statements, and asserts claims against seven |
| 13 | defendants with potentially differing bases for dismissal—Defendants request an additional 10 pages |
| 14 | for their memorandum in support of their motion to dismiss in order to allow for a more complete |
| 15 | discussion of numerous complicated issues related to Lead Plaintiffs' claims; |
| 16 | WHEREAS, Lead Plaintiffs do not oppose an extension of the page limit for Defendants' |
| 17 | memorandum in support of their motion to dismiss to 35 pages; |
| 18 | WHEREAS, Defendants do not oppose a corresponding extension of the page limit for Lead |
| 19 | Plaintiffs' memorandum in opposition to Defendants' motion to dismiss to 35 pages; |
| 20 | WHEREAS, the parties agree that the page limit for Defendants' reply brief in support of their |
| 21 | motion to dismiss shall remain 15 pages; |
| 22 | IT IS THEREFORE STIPULATED AND AGREED by the parties that, subject to the Court's |
| 23 | approval, the page limits for the briefing on Defendants' motion to dismiss should be as follows: |
| 24 | (a) Defendants' memorandum in support of their motion to dismiss will not exceed 35 pages; |
| 25 | (b) Lead Plaintiffs' memorandum in opposition to Defendants' motion to dismiss will not |
| 26 | exceed 35 pages; and |
| 27 | (c) Defendants' reply in support of its motion to dismiss will not exceed 15 pages. |
| 28 | |

**IT IS SO STIPULATED.**

Dated July 26, 2019

**SIDLEY AUSTIN LLP**

By: /s/ Sara Brody
SARA B. BRODY (130222)
sbrody@sidley.com
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200

MATTHEW J. DOLAN (291150)
mdolan@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000

ROBIN EVE WECHKIN (PHV)
rwechkin@sidley.com
701 Fifth Avenue, 42nd Floor
Seattle, Washington 98104
Telephone: (206) 262-7680

*Attorneys for Defendants*

Dated: July 26, 2019

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ James Wagstaffe
JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

| | | |
|---|---|---|
| 1 | Dated: July 26, 2019 | **LABATON SUCHAROW LLP** |
| 2 | | By: */s/ Thomas Dubbs* |
| 3 | | THOMAS A. DUBBS (*PHV*) |
| | | MICHAEL P. CANTY (*PHV*) |
| 4 | | CHRISTOPHER J. MCDONALD (*PHV*) |
| 5 | | MARISA N. DEMATO (*PHV*) |
| | | 140 Broadway |
| 6 | | New York, New York 10005 |
| 7 | | Telephone: (212) 907-0700 |
| | | Facsimile: (212) 818-0477 |
| 8 | | tdubbs@labaton.com |
| | | mcanty@labaton.com |
| 9 | | cmcdonald@labaton.com |
| | | mdemato@labaton.com |
| 10 | | *Attorneys for Plaintiffs* |

## LOCAL RULE 5-1 ATTESTATION

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories to this document concurred in the filing of this document.

Dated: July 26, 2019              By: */s/ Sara Brody*
                                              Sara B. Brody

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 29, 2019



Honor
United