<pre>
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
</pre>

In re Nektar Therapeutics Securities Litigation

Case No: 18-cv-06607-HSG

Plaintiff(s),

v.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

Defendant(s).

I, Aram Michael Boghosian, an active member in good standing of the bar of New York State Bar, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See attachment in the above-entitled action. My local co-counsel in this case is James M. Wagstaffe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 95535

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow LLP | Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP |
| 140 Broadway, New York, NY 10005 | 100 Pine St., Suite 725, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 907-0700 | (415) 357-8900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aboghosian@labaton.com | wagstaffe@wvbrlwaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5435276.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/31/2019

Aram Michael Boghosian
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Aram Michael Boghosian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2019

Haywood S. Gill, Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2019*

**Attachment**

**Lead Plaintiffs Represents**

Oklahoma Firefighters Pension and Retirement System

El Paso Firemen & Policemen's Pension Fund



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

*I, Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Aram Michael Boghosian

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of June, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **21st day of March, 2019**.

*Robert D. Mayberger*

Clerk