Thomas A. Dubbs (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Marisa N. DeMato (*pro hac vice*)
James E. McGovern (*pro hac vice*)
Francis P. McConville (*pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: tdubbs@labaton.com
mcanty@labaton.com
mdemato@labaton.com
fmcconville@labaton.com
jmcgovern@labaton.com

*Attorneys for Lead Plaintiffs*

James M. Wagstaffe (#95535)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone:  (415) 357-8900
Facsimile:  (415) 371-0500
Email: wagstaffe@wvbrlaw.com

*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | **Case No.: 4:18-cv-06607-HSG**<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

1     This Court, having considered the Motion to Withdraw as Counsel of Plaintiffs
2  Oklahoma Firefighters Pension and Retirement System and El Paso Firemen & Policemen's
3  Pension Fund (together, "Lead Plaintiff") , and good cause appearing, HEREBY ORDERS:
4     Lead Plaintiffs' Motion for Leave to Withdraw as Counsel and removal from the Court's
5  Service List is GRANTED.
6     Attorney Christopher J. McDonald, Esq. is hereby withdrawn as Lead Plaintiffs' counsel
7  of record in the above-mentioned caption.  Lead Plaintiffs shall continue to be represented in this
8  matter by attorneys of the law firms Labaton Sucharow LLP and Wagstaffe, Von Loewenfeldt,
9  Busch & Radwick, LLP.
10    The Clerk of the Court is directed to remove attorney Mr. McDonald from the service list
11 in this matter, and shall no longer send any notices of filing in this matter.
12 IT IS SO ORDERED

14 Dated:    8/10/2020                           *signature*
                                          HONORABLE HAYWOOD S. GILLIAM JR.