Sara B. Brody (Bar No. 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200

Matthew J. Dolan (Bar No. 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (415) 439-1799

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | Case No. 4:18-cv-06607-HSG <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

Plaintiffs and Defendants stipulate to the following. Plaintiffs are Oklahoma Firefighters Pension and Retirement System and El Paso Firemen and Policemen's Pension Fund. Defendants are Nektar Therapeutics, Howard Robin, Stephen Doberstein and Jonathan Zalevsky.

WHEREAS:

1. On July 13, 2020, this Court entered an order granting Defendants' motion to dismiss Plaintiffs' consolidated class action complaint in its entirety. Dkt. 76. The Court granted Plaintiffs leave to amend within 28 days of the order.

2. On August 10, 2020, Plaintiffs filed a second consolidated class action complaint for violation of federal securities laws (the SAC). Dkt. 80.

3. Under Federal Rule of Civil Procedure 15(a)(3), Defendants must respond to the SAC within 14 days of service. Under Civil Local Rule 7.3, Plaintiffs would have 14 days to respond to Defendants' motion, and Defendants would have 7 days to reply.

4. Given the complexity of the issues in this securities class action, Plaintiffs and Defendants have agreed to an extended briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Defendants shall move to dismiss the SAC by September 17, 2020.

2. Plaintiffs shall file papers in opposition to Defendants' motion by October 15, 2020.

3. Defendants shall file reply papers in support of their motion by October 29, 2020.

**IT IS SO STIPULATED.**

Dated August 21, 2020                    **SIDLEY AUSTIN LLP**

                                         By: /s/ *Sara B. Brody*
                                         SARA B. BRODY (130222)
                                         sbrody@sidley.com
                                         555 California Street, Suite 2000
                                         San Francisco, California 94104
                                         Telephone: (415) 772-1200

1 | MATTHEW J. DOLAN (291150)
mdolan@sidley.com
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000

ROBIN WECHKIN (PHV)
rwechkin@sidley.com
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (415) 439-1799

*Attorneys for Defendants*

Dated: August 21, 2020

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ *James Wagstaffe*
JAMES WAGSTAFFE (95535)
FRANK BUSCH (258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for the Class*

Dated: August 21, 2020

**LABATON SUCHAROW LLP**

By: /s/ *Michael P. Canty*
THOMAS A. DUBBS (*PHV*)
MICHAEL P. CANTY (*PHV*)
THOMAS G. HOFFMAN, JR. (*PHV*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
tdubbs@labaton.com
mcanty@labaton.com
thoffman@labaton.com

*Attorneys for Plaintiffs*

2
STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 4:18-CV-06607-HSG

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/24/2020__

*(signature)*
Honorable Haywood S. Gilliam, Jr.
United States District Judge