1  Thomas A. Dubbs (*pro hac vice*)
   Michael P. Canty (*pro hac vice*)
2  Marisa N. DeMato (*pro hac vice*)
   James E. McGovern (*pro hac vice*)
3  Francis P. McConville (*pro hac vice*)
   **LABATON SUCHAROW LLP**
4  140 Broadway
   New York, New York  10005
5  Telephone:  (212) 907-0700
   Facsimile:  (212) 818-0477
6  Email: tdubbs@labaton.com
   mcanty@labaton.com
7  mdemato@labaton.com
   fmcconville@labaton.com
8  jmcgovern@labaton.com

9  *Attorneys for Lead Plaintiffs*

10 James M. Wagstaffe (#95535)
   **WAGSTAFFE, VON LOEWENFELDT, BUSCH &**
11 **RADWICK, LLP**
   100 Pine Street, Suite 725
12 San Francisco, California 94111
   Telephone:  (415) 357-8900
13 Facsimile:  (415) 371-0500
   Email: wagstaffe@wvbrlaw.com
14
   *Liaison Counsel for the Class*
15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                              **OAKLAND DIVISION**
18

| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | **Case No.: 4:18-cv-06607-HSG** <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
|---|---|

This Court, having considered the Motion to Withdraw as Counsel of Plaintiffs Oklahoma Firefighters Pension and Retirement System and El Paso Firemen & Policemen's Pension Fund (together, "Lead Plaintiff") , and good cause appearing, HEREBY ORDERS:

Lead Plaintiffs' Motion for Leave to Withdraw as Counsel and removal from the Court's Service List is GRANTED.

Attorney Aram Michael Boghosian, Esq. is hereby withdrawn as Lead Plaintiffs' counsel of record in the above-mentioned caption.  Lead Plaintiffs shall continue to be represented in this matter by attorneys of the law firms Labaton Sucharow LLP and Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP.

The Clerk of the Court is directed to remove attorney Mr. Boghosian from the service list in this matter, and shall no longer send any notices of filing in this matter.

IT IS SO ORDERED

Dated:  11/2/2020

_____
HONORABLE HAYWOOD S. GILLIAM JR.