**LABATON SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
mcanty@labaton.com
Thomas A. Dubbs (*pro hac vice*)
tdubbs@labaton.com
Marisa N. DeMato (*pro hac vice*)
mdemato@labaton.com
James E. McGovern (*pro hac vice*)
jmcgovern@labaton.com
Thomas G. Hoffman (*pro hac vice*)
thoffman@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs*

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
James M. Wagstaffe (#95535)
wagstaffe@wvbrlaw.com
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 371-0500

*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| IN RE NEKTAR THERAPEUTICS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 4:18-cv-06607-HSG

**LEAD PLAINTIFFS' NOTICE OF APPEAL**

CLASS ACTION

Case No.: 4:18-cv-06607-HSG
LEAD PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and El Paso Firemen & Policemen's Pension Fund ("Lead Plaintiffs"), individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's December 30, 2020 Order (ECF No. 94) in the above captioned action granting Defendants' Motion to Dismiss the Second Consolidated Class Action Complaint (ECF No. 86) with prejudice, as well as all prior orders and rulings merged therein.

Lead Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: January 29, 2021                     Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Michael P. Canty*
Michael P. Canty (*pro hac vice*)
mcanty@labaton.com
Thomas A. Dubbs (*pro hac vice*)
tdubbs@labaton.com
Marisa N. DeMato (*pro hac vice*)
mdemato@labaton.com
James E. McGovern (*pro hac vice*)
jmcgovern@labaton.com
Thomas G. Hoffman (*pro hac vice*)
thoffman@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs*

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
James M. Wagstaffe (#95535)
wagstaffe@wvbrlaw.com
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 371-0500

*Liaison Counsel for the Class*