UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: NEKTAR THERAPEUTICS
SECURITIES LITIGATION,

------------------------------

 OKLAHOMA FIREFIGHTERS
PENSION AND RETIREMENT
SYSTEM and EL PASO FIREMEN &
POLICEMENS PENSION FUND, Lead
Plaintiffs,

       Plaintiffs - Appellants,

  v.

NEKTAR THERAPEUTICS; et al.,

      Defendants - Appellees.

No. 21-15170

D.C. No. 4:18-cv-06607-HSG
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered May 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7